United States District Court
Southern District of Texas
FILED

MAY 2 1 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § Criminal No. | M-19-864 |
| OSCAR RODRIGUEZ, JR. § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about April 18, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**OSCAR RODRIGUEZ, JR.**

did knowingly possess a machinegun, namely, a Glock, Model 26, 9mm caliber pistol and a Glock, Model 27, .40 caliber pistol.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### Count Two

On or about April 18, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**OSCAR RODRIGUEZ, JR.**

then being an unlawful user and addicted to a controlled substance as defined in Title 21, United States Code, Section 802 did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Glock, Model 26, 9mm caliber pistol; a Glock, Model 27, .40 caliber pistol; a Beretta, Model PX4 Storm, .45 caliber pistol; and a Winchester, Model 12, 12 gauge shotgun.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### Count Three

On or about April 18, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**OSCAR RODRIGUEZ, JR.**

a felon, having been convicted of the following crime punishable by imprisonment for a term exceeding one year, namely, in the 398th Judicial District Court in Hidalgo County, Texas on July 21, 2008, in cause number CR-2520-07-I for Burglary of Habitation, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Glock, Model 26, 9mm caliber pistol; a Glock, Model 27, .40 caliber pistol; a Beretta, Model PX4 Storm, .45 caliber pistol; and a Winchester, Model 12, 12 gauge shotgun.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### NOTICE OF FORFEITURE
### 18 U.S.C. §922(g)(1)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**OSCAR RODRIGUEZ, JR.**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), 922(g)(3), or 922(o) all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

a Glock, Model 26, 9mm caliber pistol S/N BDNT345;

a Glock, Model 27, .40 caliber pistol S/N WKY119;

a Beretta, Model PX4 Storm, .45 caliber pistol S/N PK36034; and

a Winchester, Model 12, 12 gauge shotgun S/N 554668

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY